UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANET E. MOSS, SEAN A.CAREY and LISA CAREY,<br><br>        Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>        Defendant. | **Civil Action No. 1:10-cv-00880-WMS** |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all other parties:

    Please enter my Appearance as Attorney for the defendant, NCO Financial Systems, Inc.("NCO"), in the above-captioned case.

Dated: November 21, 2011

        Respectfully submitted

        /s/  Aaron R. Easley
        Aaron R. Easley, Esq. (ae9922)
        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
        200 Route 31 North, Suite 203
        Flemington, NJ 08822
        Phone: (908) 751-5940
        Fax: (908) 751-5944
        aeasley@sessions-law.biz
        Attorney for Defendant
        NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 21st day of November 2011, a copy of the foregoing **Notice of Appearance** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Kenneth R. Hiller, Esq.
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Ave., Suite 1A
Amherst, NY 14226
Tel.: (716) 564-3288
Fax.: (716) 332-1884
khiller@kennethhiller.com
kirving@kennethhiller.com
Attorneys for Plaintiff

By:   /s/  Aaron R. Easley
Aaron R. Easley, Esq.
Attorney for Defendant
NCO Financial Systems, Inc.